UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 21-12706
Anthony Hernandez,  )
 ) Chapter: 13
 ) Honorable A. Benjamin Goldgar
 ) Lake County
Debtor(s)  )

## ORDER GRANTING MOTION TO MODIFY PLAN

This case coming before the court on the Debtor's Motion to Modify Plan, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.

The Plan is modified to remove payments to Fifth Third Bank and to provide that the trustee must make no further payments to Fifth Third Bank.

The monthly plan payment is be reduced to $650 for the remainder of the plan term.

The existing default in plan payments is deferred to the end of the plan term.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: March 31, 2023

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600